UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TEXAS UJOINTS LLC, a/k/a
Automotive Industrial Supply Co Inc,

        Plaintiff,

  v.                                                         Case No. 13-C-1008

DANA HOLDING CORPORATION and
DANA LIMITED,

        Defendants.

**ORDER**

For the reasons set forth in the September 9, 2014 Order on Defendants' Motion to Dismiss Plaintiff's Antitrust Claims and based upon the Notice, ECF [59], filed by the plaintiff on September 18, 2014, the Motion to Dismiss is GRANTED and Plaintiff's antitrust claims are dismissed on their merits and with prejudice.

**SO ORDERED** this __19th__ day of September, 2014.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court